**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 W. Shaw Ave, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant, NIMROD RAMIREZ

## UNITED STATES DISTRICT COURT - EASTERN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-CR-00071 AWI |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE FORMAL OBJECTIONS** |
| v. | |
| NIMROD RAMIREZ, | |
| Defendant. | |

It is hereby stipulated by and between the parties hereto, through their respective counsel, that the date for filing formal objections to the Presentence Report currently scheduled for May 27, 2011, be continued to May 31, 2011.  This continuance is to accommodate counsel for the defense who will be returning to Fresno from a two- week vacation on May 27, 2011.

Dated: May 11, 2011         /s/ Dale A. Blickenstaff
                            DALE A. BLICKENSTAFF
                            Attorney for Defendant, NIMROD RAMIREZ


Dated: May 11, 2011         /s/ Kathleen Servatius
                            KATHLEEN SERVATIUS
                            Assistant United States Attorney

---

**STIPULATION TO EXTEND DEADLINE TO FILE FORMAL OBJECTIONS**
**Case No. 1:10-CR-00071 AWI**

# ORDER

IT IS HEREBY ORDERED that the new date for submitting formal objections is May 31, 2011.

IT IS SO ORDERED.

Dated:   May 11, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE